**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**



FILED
NOV 23 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

**UNITED STATES OF AMERICA,**

v.

**KEVIN THOMAS LOVE,**

      **Defendant.**

Action No. 4:07cr69

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT and NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts 1 and 19 of a twenty-two (22) count Criminal Information, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for February 25, 2008 at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

                                          /s/
                            Walter D. Kelley, Jr.
                            United States District Judge

Norfolk, Virginia
November 21, 2007